HENRY W. BULL et al., respondents,

*v.*

INTERNATIONAL POWER COMPANY, appellant.

[Argued June 22d, 1915.   Decided October 15th, 1915.]

On appeal from a decree of the court of chancery made by the chancellor, whose opinion is reported in *84 N. J. Eq. 6, 209.*

*Messrs. Vroom, Dickinson & Bodine,* for the respondents.

*Messrs. Bleakly & Stockwell,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Chancellor Walker.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, HEPPEN-HEIMER, TAYLOR—10.

*For reversal*—None.